NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ESTATE OF RALPH BALLARD, by and )
through KARLA B. STAHL a/k/a KARLA S. )
STAHL, personal representative, )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　Appellant, )
　　　　　　　　　　　　　　　　　　　 )
v. )　　　　Case No. 2D20-181
　　　　　　　　　　　　　　　　　　　 )
BOCA CIEGA INVESTORS, INC.; )
SUMMIT CARE II INC.; JOSEPH D. )
MITCHELL; C. GUY FARMER; )
ALAN G DAVIS; VICKI MENDEVILLE )
ACKERMAN; and SUZANNE )
ROBINSON (as to The Springs at Boca )
Ciega Bay), )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　Appellees. )
_____)

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Linda R. Allan, Judge.

Megan M. Hunter, Megan L. Gisclar, and
Jason R Delgado of Wilkes & McHugh,
P.A.; and Joanna Greber Dettloff and
Carl R. Wilander of Mendes, Reins &
Wilander Law Group, PLLC, Tampa, for
Appellant.

David L. Luck and Jenna L. Fischman of
Lewis Brisbois Bisgaard & Smith LLP,
Coral Gables; and John A. Rine of Lewis
Brisbois Bisgaard & Smith LLP, Tampa, for
Appellees.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.